

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

TIMOTHY EDWARD WHITINGTON, §

             Appellant, §

v. §

STATE OF TEXAS, §

             State. §

§

No. 08-13-00102-CR

Appeal from the

432nd District Court

of Tarrant County, Texas

(TC# 1284003R)

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **December 13, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. WM. Reagan Wynn, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **December 13, 2013.**

IT IS SO ORDERED this 20th day of November, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.